# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 17-06011-01-CR-SJ-GAF |
| | ) | |
| TERRANCE T. BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MEMORANDUM OF MATTERS DISCUSSED AND
### ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On October 5, 2017, the Grand Jury returned a one-count Indictment charging Defendant Terrance T. Brown, with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
     Government: Emily A. Morgan/Adam Cain
     Case Agent: Christopher Shawn Collie
     Defense: Ronna Holloman-Hughes
     Investigator: Mark Wolpink

**OUTSTANDING MOTIONS**:

| 08/03/2018 | view56 | PRO SE MOTION to suppress by Terrance T Brown. Suggestions in opposition/response due by 8/17/2018 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Houston, Kiambu) (Entered: 08/06/2018) |
|---|---|---|
| 09/04/2018 | view63 | PRO SE MOTION for Hearing by Terrance T Brown. Suggestions in opposition/response due by 9/18/2018 unless otherwise directed by the court. (Attachments: # 1 Envelope)(Travis, Kendra) (Entered: 09/06/2018) |
| 09/13/2018 | view76 | MOTION to suppress statements by Terrance T Brown. Suggestions in opposition/response due by 9/27/2018 unless |

|  |  | otherwise directed by the court. (Holloman-Hughes, Ronna) (Entered: 09/13/2018) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: potentially 4 with stipulations; 7-10 (total) without stipulations
    Defendants: 2 witness, not including the Defendant

**TRIAL EXHIBITS**
    Government: 50-60
    Defendant: 5

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( X) Definitely for trial; ( ) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:** 2.5 to 3.5 days total
    Government's case including jury selection: 2-3 days
    Defense case: 0.5

**STIPULATIONS**: Potential stipulations as to felon status, nexus, chain of custody, business records, and foundation for jail calls.

**UNUSUAL QUESTIONS OF LAW:** None.

**FILING DEADLINES:**

**Witness and Exhibit List** (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

    Government: Proposed Witness List filed 11/09/18
        Proposed Exhibit List field 11/13/18
    Amended lists **Due on or before November 20, 2018.**

    Defense: (none filed) **Due on or before November 20, 2018.**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions: Due by noon, Wednesday, November 28, 2018.**

**Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine: Due on or before November 28, 2018**

**TRIAL SETTING**: Criminal jury trial docket set for December 3, 2018.

**Please note: Government prefers the first week. Government and defense available both weeks.**

**During previous argument to the Court, Defendant requested DNA testing on the firearm and bullet. Defendant refused to provide a sample. Therefore, the firearm and bullets were not submitted for DNA testing. Defendant withdrew his request for testing and wishes to proceed.**

**IT IS SO ORDERED.**

*/s/ Lajuana M. Counts*
Lajuana M. Counts
United States Magistrate Judge