# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 17-cr-06011-SRB |
| ) | |
| TERRANCE T. BROWN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before this Court is Magistrate Judge Sarah W. Hays's Report and Recommendation (Doc. #100) to deny Defendant Terrance T. Brown's Motion to Suppress Evidence in Violation of Fourth Amendment (Doc. #56) and Motion to Suppress Statement (Doc. #76). Defendant filed his Objections to Report and Recommendation, (Doc. #116), and the Government raised a factual clarification in its Objection to Report and Recommendation (Doc. #119). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Report and Recommendation (Doc. #100) and the factual clarification raised in the Government's Objection to Report and Recommendation (Doc. #119).

Accordingly, it is hereby **ORDERED** that the Report and Recommendation (Doc. #100) be attached to and made a part of this Order; that the Government's Objection to Report and Recommendation (Doc. #119) be attached to this Order and the factual clarification it raises be made part of this Order; and that Defendant's Motion to Suppress Evidence in Violation of Fourth Amendment (Doc. #56) and Motion to Suppress Statement (Doc. #76) are **DENIED**.

**IT IS SO ORDERED.**

                                              /s/ Stephen R. Bough  
                                              STEPHEN R. BOUGH  
                                              UNITED STATES DISTRICT JUDGE

Dated: November 30, 2018